UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN HOWARD, III,

    Petitioner,

v.

MATTHEW C. CATE,

    Respondent.

CASE NO. CV ED 09-377-R (PJW)

JUDGMENT

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 2, 2011

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HOWARD, J 377\Judgment.wpd